# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

## TRANSCRIPT AND AUDIO RECORDING REQUEST FORM

| **Ordering Party Information** | |
|---|---|
| Name | Genesis McCarthy |
| Firm/Company Name | Krekeler Law, S.C. |
| Telephone Number | 608-258-8555 |
| Email Address | gmccarthy@ks-lawfirm.com |

| **Hearing Information** | |
|---|---|
| Type of Case | Bankruptcy |
| Case Number | 3-21-10432-cjf |
| Date of Hearing | 02/26/2024 |
| Time of Hearing | PM/Hearing Held on Motion |
| Hearing Location | Madison |
| Hearing Judge | Hon. Catherine J. Furay |
| Debtor(s) Name | Julie C. Florence |

Is this transcript to be used on appeal?   ☐ YES - Appeal No.   ☒ NO

**Type of Request** (*check all that apply*)

☐ Written Transcript

- ☐ 30-Day *(Ordinary - $4.00 per page)*
- ☐ 14-Day *(Up to 14 days - $4.70 per page)*
- ☐ 7-Day *(Expedited - $5.35 per page)*
- ☐ 3-Day *(Up to 3 days - $6.00 per page)*
- ☐ Next-Day *(Daily – $6.70 per page)*
- ☐ 2-Hour *(Hourly - $8.00 per page)*

☐ Realtime *(1 Feed - $3.40 per page; 2-to-4 Feeds - $2.35 per page; 5 or More Feeds - $1.65 per page)*

\* Please contact the clerk's office prior to the hearing date.

☒ Audio Recording *(Up to 2 days - $34.00 per request)* [Not all hearings are available.]

**Transcription Service Provider** (*select one*)

| ☐ Access Transcripts, LLC | ☐ Thompson Transcription | ☐ Jeannie Williams |
|---|---|---|
| 10110 Youngwood Lane<br>Fisher, IN 46038<br>(855) 873-2223<br>www.accesstranscripts.com | 392 Tornga Drive<br>Ripon, CA 95366<br>(209) 552-5229<br>www.thomtrans.com | (608) 921-3198<br>jmwilliamsg@gmail.com |